# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

MALINDA CHAMBLISS;
OLIVER CHAMBLISS, JR.;
GARRVIN VONDELL BARNES, JR.;
KOCH RASHUN LIGGANS, AND
OCTAVE CHAMBLISS, MINORS, BY
AND THROUGH THEIR MOTHER, NEXT
FRIEND, AND GUARDIAN, MALINDA CHAMBLISS                    PLAINTIFFS

VS.                                 CIVIL ACTION NO. 5:16-CV-00125-DCB-MTP

LINCOLN MOTOR COMPANY,
FORD MOTOR COMPANY and
JOHN DOES 1-10                                              DEFENDANTS

## AGREED ORDER

This matter is before the Court on the unopposed *ore tenus* motion of Defendant Ford Motor Company to extend its deadline to respond to Plaintiffs' Motion to Remand. The Court, having considered the motion and being advised that Plaintiffs agree to the requested extension, finds that the motion is well-taken and due to be granted.

It is therefore, ordered, that Ford's response to Plaintiffs' Motion to Remand shall be due no later than February 3, 2017.

BY ORDER OF THIS COURT, this the 30th day of January, 2017.

                                                        s/David Bramlette
                                                        U.S. DISTRICT JUDGE

AGREED TO:

/s/ James D. Shannon
James D. Shannon
**Counsel for Plaintiffs**

/s/ Michael E. Keyton
Michael E. Keyton
**Counsel for Plaintiffs**

/s/ Clay Gunn
Clay Gunn
**Counsel for Ford Motor Company**